FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HENRY WILLIAM TELLES, | No. 14-15032 |
| Plaintiff-Appellant, | D.C. No. 1:10-cv-00982-AWI-BAM |
| v. | |
| COUNTY OF STANISLAUS; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted September 27, 2016[**]

Before:    TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

Henry William Telles appeals pro se from the district court's judgment

following a jury trial in his 42 U.S.C. § 1983 action alleging Fourth Amendment

violations.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

We cannot review any of Telles' contentions challenging his jury trial

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

because Telles has failed to provide the relevant pre-trial and trial transcripts required to review the alleged errors. *See* Fed. R. App. P. 10(b)(2); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169-70 (9th Cir. 1991) (dismissing appeal by pro se appellant for failure to provide trial transcripts).

**AFFIRMED.**